9/28/2010         **TUESDAY**         Judge Trish M Brown
01:30 PM    10-36409 tmb 7    Todd Edward Spencer

**Notice and Motion for Relief from Stay Filed by Creditor Chase Home Finance (ASPAAS, JENNIFER) (9)**

Todd Edward Spencer - db    ✓GARY M CARLSON
Chase Home Finance - cr    ✓JENNIFER L ASPAAS
Thomas M Renn - tr

**This matter came before the court** _____

**Matter Reported Settled by:** _____

**Order to Recite:**
Stipulated on Record ___ Yes ___ No    Written Stipulated Order ___ Yes ___ No.
_____ (Agreed Arrearage).

___ Debtor to cure all post-petition arrears starting _____ at _____ per month for _____ months.

___ Debtor to continue regular monthly maintenance payments of _____ starting _____.

___ If Debtor fails to make regular monthly payments as scheduled or cure the arrears, Creditor to serve written notice of default on _____ Debtor and/or _____ Debtor's counsel. Debtor shall have _____ days to cure.

___ If not cured, including amounts due after date of the notice, then Creditor shall have RFS upon presentation of an Order and Certificate of Non-Compliance.

___ Only _____ notices _____ (duration) will be given for cure, then upon subsequent Default, RFS will be granted upon presentation of an Order and Certificate of Non-Compliance.

___ Creditor will file an amended proof of claim for fees and costs.

___ Debtor to cure arrears through the Chapter 13 Plan. File modified plan by _____.

___ Debtor required to maintain insurance. Provide proof of insurance by _____.

___ If case is dismissed or converted, trustee to disburse to Creditor any payments he is holding for the Creditor.

___ Mr/Ms. _____ to prepare order.

___ Reset on request.

___ Other: _____
_RFS but not effective until 10/15_

___ Parties agree to extend 60 day time period of § 362(e)(2)(B) ___ Yes ___ No.
If NO, findings: _____

CONTINUED PRELIM HEARING ON _____. ___ NOTICED IN COURT. ___ SEND NOTICE.
SET FOR FINAL HEARING ON _____. ___ NOTICED IN COURT. ___ SEND NOTICE.

**ISSUES TO BE TRIED**
___ Amount of arrears    ___ Valuation    ___ Adequate Protection
___ Is Cure Proposal Realistic? ___ Other (specify) _____

s:\ESP\ESPPROG\Minute.rpt     Run Date: 9/28/2010
Case 10-36409-tmb7    Doc 14    Filed 09/28/10